**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 82 EAL 2015
                                :
                    Respondent  :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
          v.                    :
                                :
                                :
                                :
TARON K. COLEMAN, PETITONER     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.